JS-6

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

NOV 23 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELA ROBERTSON,<br><br>Plaintiff,<br><br>v.<br><br>FIRST STUDENT, INC., a corporation, TRISH CRABTREE, an individual, MARK ELIAS, an individual, and DOES 1 to 25,<br><br>Defendants. | Case No. SACV08-00524 CJC (RNBx)<br><br>[~~PROPOSED~~] ORDER DISMISSING THE ENTIRE ACTION WITH PREJUDICE<br><br>Complaint Filed: 2/27/08<br>Trial Date: None |

Based on the Joint Stipulation filed in this matter, and good cause appearing therefore, IT IS HEREBY ORDERED THAT:

1. The above-captioned case be dismissed with prejudice as to all claims, causes of action and Defendants in its entirety pursuant to Rule 41(a) of the Federal Rules of Civil Procedure. The Court will retain jurisdiction to enforce the parties' settlement agreement in this matter.

2. Each party shall each bear its/her own attorneys' fees and costs.

**IT IS SO ORDERED:**

DATED: November 21, 2008

_____
UNITED STATES DISTRICT JUDGE

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
2050 Main Street
Suite 900
Irvine, CA 92614
949.705.3000

Firmwide:87377697.1 052280.1016

1.